JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8630 PA (AFMx) | Date | October 5, 2020 |
|---|---|---|---|
| Title | Jolynn Thomas v. Costco Wholesale Corp. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabby Garcia | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     IN CHAMBERS — COURT ORDER

On September 24, 2020, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal.  The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects.  Specifically, plaintiff was directed to inform the Court in writing by October 1, 2020, if plaintiff objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects.  Accordingly, for the reasons stated in the September 24, 2020 Order, this action is remanded to the Los Angeles County Superior Court, Case No. 19STCV15635.

IT IS SO ORDERED.